UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury   '08 CR 1798 W

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; Title 8, U.S.C., Sec. 1326(a) - Attempted Entry After Deportation; Title 18, U.S.C., Sec. 1546(a) - Fraud and Misuse of Entry Document |
| JOSE PEREZ-AVILA, aka Adrian De Paz Saucedo, ) | |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about May 18, 2008, within the Southern District of California, defendant JOSE PEREZ-AVILA, aka Adrian De Paz Saucedo, did knowingly and intentionally import approximately 45.70 kilograms (approximately 100.54 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//

WMC:em:San Diego
6/3/08

<u>Count 2</u>

On or about May 18, 2008, within the Southern District of California, defendant JOSE PEREZ-AVILA, aka Adrian De Paz Saucedo, did knowingly and intentionally possess, with intent to distribute, approximately 45.70 kilograms (approximately 100.54 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

<u>Count 3</u>

On or about May 18, 2008, within the Southern District of California, defendant JOSE PEREZ-AVILA, aka Adrian De Paz Saucedo, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security to reapply for admission thereto; and committed an overt act that was a substantial step toward entering the United States, that is, crossed the border between Mexico and the United States; all in violation of Title 8, United States Code, Section 1326(a).

//
//
//
//
//
//
//
//

<u>Count 4</u>

On or about May 18, 2008, within the Southern District of California, defendant JOSE PEREZ-AVILA, aka Adrian De Paz Saucedo, did knowingly and willfully possess a document prescribed by statute or regulation for entry, namely, a USA Visa, in the name of Adrian De Paz Saucedo, born on April 3, 1975, knowing and having reason to know that said document was unlawfully obtained; in violation of Title 18, United States Code, Section 1546(a).

DATED: June 3, 2008.

A TRUE BILL:

*[signature]*
Foreperson

KAREN P. HEWITT
United States Attorney

By: *[signature]*
W. MARK CONOVER
Assistant U.S. Attorney